*Louis A. Breslerman* for appellant.

*Edward S. Silver, District Attorney (Aaron Nussbaum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD JOHNSON, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued May 28, 1954; decided July 14, 1954.

*Nathaniel L. Goldstein, Attorney-General (J. Bruce Mac-Donald, Wendell P. Brown* and *Raymond B. Madden* of counsel), for appellants.

*Hayden H. Dadd* for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Construction of the Will of ABRAHAM S. ROSENTHAL, Deceased. JEAN L. TANBURN, Respondent; RHEA S. HOFFHEIMER et al., as Trustees under the Will of ABRAHAM S. ROSENTHAL, Deceased, et al., Appellants.

Argued May 20, 1954; decided July 14, 1954.